# Exhibit "A"

| | 1025138583 | $12,557.80 | $2,526.19 |
|---|---|---|---|
| Student Loan Department | | PENALTY CHARGES | FEES & COST | CURRENT BALANCE |
| P.O. Box 66080 | | $0.00 | $3,671.26 | $18,755.25 |
| Tucson, AZ 85728 | | DO NOT SEND CASH | AMOUNT PAID: | |

ADDRESS SERVICE REQUESTED

MAKE CHECKS PAYABLE TO: U.S. DEPARTMENT OF EDUCATION
SHOW YOUR SOCIAL SECURITY NUMBER ON YOUR CHECK
RETURN THIS PORTION WITH YOUR PAYMENT
SEND PAYMENT TO:

855-533-1107
OFFICE HOURS – AZ TIME
MON – FRI 8AM – 5PM

August 18, 2016

PATRICK GENTLES
15811 SW 51ST ST
MIRAMAR, FL 33027-4976

US DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
P.O. BOX 105028
ATLANTA, GA 30348-5028

4 410251385830 0000001234 00000604     4 410251385830 0008182016 18755253

The United States Department of Education ("Department") has assigned your defaulted student loan or grant overpayment debt to Bass & Associates, P.C. to assist in resolving your obligation(s). We are advised by our client that you are indebted to them in the amount set forth above and we have been requested to collect this amount from you.

***Important Consumer Notice as Required by Law ***

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within the thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor.

Hopefully, you will choose to contact this office to arrange payment in a reasonable and mutually satisfactory manner. Please contact us in this regard at 855-533-1107

Sincerely,
Bass & Associates, P.C.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**
**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THIS PURPOSE.**
**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION REGARDING YOUR RIGHTS**

First Name / MI
Last Name
Address

City                                             Home Phone
State           Zip        -                     Office Phone

US DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
P.O. BOX 105028
ATLANTA, GA 30348-5028

As of the date of this letter, you owe the balance shown on this letter. Because you may be required to pay interest on the outstanding portion of your balance, as well as late charges and other charges that may vary from day to day, the amount required to pay your balance in full on the day you send payment may be greater than the amount stated here. If you pay the amount stated here, an adjustment may be necessary after we receive your payment. In that event, we will notify you of any adjustment in your balance. We encourage you to call us prior to making a payment intended to pay your balance in full.

60A Ver 1