48237

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| PATRICK GENTLES<br><br>*Plaintiff(s)*<br>v.<br>BASS & ASSOCIATES, P.C.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 0:16cv62124<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BASS & ASSOCIATES, P.C.
R/A: CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Law Offices of Jibrael S. Hindi, PLLC. 110 SE 6th St., Suite 1744, Fort Lauderdale, FL 33301. Phone: (844)542-7235 Email: jibrael@jibraellaw.com Fax: (855)529-9540
&
Thomas-John Law, P.A. 100 SE 6th St., Suite 1700, Fort Lauderdale, FL 33301.
Phone: (877)575-0020 Email: tpatti@thomasjohnlaw.com Fax: (954) 507-9974

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date:   **9/6/2016**

**SUMMONS**

*s/ Patrick Edwards*
Deputy Clerk
U.S. District Courts

Summons in a Civil Action (Page 2)
Civil Action No. 0:16CV62124

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This Summons with Complaint for *(name of individual and title, if any)* **BASS & ASSOCIATES, P.C.** was received by me on *(date)* **9/7/2016** at **10:30** hours.

☐ I personally served the summons on the individual at *(place)* or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* or

✔ I served the summons on *(name of individual)* **CORPORATION SERVICE COMPANY, REGISTERED AGENT**, pursuant to F.S. §48.081 c/o **LORI DUNLAP, SERVICE TECH** who is designated by law to accept service of process on behalf of *(name of organization)* **BASS & ASSOCIATES, P.C.** on *(date)* **9/7/2016** at **11:55** hours at **1201 HAYS ST., TALLAHASSEE, FL 32301-2699**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $_____ for travel and **$45.00** for services, for a total of **$45.00**

I declare under penalty of perjury that this information is true.

Date:   September 7, 2016

Server's Signature
Chris J. Colson, Certified Process Server #142
2nd Judicial Circuit of Florida, Leon County
OUR JOB RECORD NUMBER **48237**

**CAPITAL AREA PROCESS SERVICE, INC.**
1212 TUNG HILL DRIVE
TALLAHASSEE, FL 32317-9545
CAPITALAREAPROCESS.COM
**850-878-9966**



Additional information regarding attempted service, etc.: